UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VERNON ESPINOZA, | 1:06-CV-00642-OWW-NEW(DLB)-P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | |
| KERN COUNTY SHERIFF MACK WIMBISH, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2007, plaintiff filed a motion for an extension of time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of February 27, 2007.

IT IS SO ORDERED.

Dated: **April 13, 2007**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE